6070.   SEABOARD AIR-LINE RAILWAY *v.* BRAILEY.

BROYLES, J.  The judgment of the trial judge, to whom all the issues of fact were submitted, no jury trial having been demanded by either party, was authorized by the evidence; there was no error of law, and the judge did not err in refusing a new trial.    *Judgment affirmed.*
DECIDED JULY 3, 1915.

Action for damages; from city court of Saint Marys—Judge McElreath.   October 26, 1914.

*Bolling Whitfield,* for plaintiff in error.
*R. D. Meader, H. Roy Lang,* contra.